Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22329−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie J. Cheatham
   723 Bloomfield Avenue
   Clifton, NJ 07012

Social Security No.:
   xxx−xx−5112

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/23/19 at 10:00 AM

to consider and act upon the following:

*32* − Certification in Opposition to (related document:29 Creditor's Certification of Default (related document:10 Motion re: to Extend Automatic Stay as to Fay Servicing, Bayview Loan Servicing, and all Creditors filed by Debtor Willie J. Cheatham) filed by Emmanuel J. Argentieri on behalf of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. Objection deadline is 10/8/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust) filed by Russell L. Low on behalf of Willie J. Cheatham. (Low, Russell)

Dated: 10/9/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court