# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−22329−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie J. Cheatham
   723 Bloomfield Avenue
   Clifton, NJ 07012

Social Security No.:
   xxx−xx−5112

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/23/19 at 10:00 AM

to consider and act upon the following:

*32* − Certification in Opposition to (related document:29 Creditor's Certification of Default (related document:10 Motion re: to Extend Automatic Stay as to Fay Servicing, Bayview Loan Servicing, and all Creditors filed by Debtor Willie J. Cheatham) filed by Emmanuel J. Argentieri on behalf of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust. Objection deadline is 10/8/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust) filed by Russell L. Low on behalf of Willie J. Cheatham. (Low, Russell)

Dated: 10/9/19

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-22329-SLM
Willie J. Cheatham                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Oct 09, 2019
                             Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.
db             +Willie J. Cheatham,   723 Bloomfield Avenue,   Clifton, NJ 07012-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:
              Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
               Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Willie J. Cheatham rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6