| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorney for Secured Creditor,<br>U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust | Order Filed on October 25, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| WILLIE J. CHEATHAM<br>xxx-xx-5112<br>               Debtor. | Case No.:  19-22329<br><br>Chapter:  13<br><br>Judge:  SLM |

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 25, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  WILLIE J. CHEATHAM
Case No:  19-22329/SLM
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

Upon the application of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

**1172 Katherine Street, Teaneck, New Jersey 07666.**

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the application.