**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
    WILLIE J. CHEATHAM

Order Filed on November 18,
2019 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

**Case No.:  19-22329**

**Hearing Date:  11/13/2019**

**Judge:  STACEY L. MEISEL**

### ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: November 18, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  WILLIE J. CHEATHAM

Case No.:  19-22329SLM

Caption of Order:  Order Denying Confirmation and Dismissing Petition

THIS MATTER having come before the Court on 11/13/2019 for a Confirmation Hearing of the

Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good

and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it

is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all

proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee

from payments made on account of Debtor(s)' Plan, less applicable Trustee fees and comissions, shall be

disbursed to the Debtor(s) except

**$1,926.50**

shall be disbursed to the Debtor(s)' Counsel for Counsel Fees and Costs hereby allowed as Administrative

expenses and/or adequate protection payments due under the proposed plan or by Court Order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application

filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 19-22329-SLM
Willie J. Cheatham                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1          Date Rcvd: Nov 18, 2019
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db            +Willie J. Cheatham,    723 Bloomfield Avenue,    Clifton, NJ 07012-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
          Emmanuel J. Argentieri    on behalf of Creditor    U.S. Bank National Association as Legal Title
           Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com
          Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Willie J. Cheatham rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 6